Opinion filed February 27, 2014



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00315-CR
_____

## RAYLON EUGENE SMITH, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 18343B**

## M E M O R A N D U M   O P I N I O N

Raylon Eugene Smith, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant states that he "no longer desires to pursue an appeal." He requests that this case be dismissed. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


February 27, 2014                                                          PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.